UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| CHARITY BEAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:20-cv-00294-LEW |
| | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## **ORDER ON MOTION TO REMAND**

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action for further administrative proceedings by the Appeals Council

IT IS HEREBY ORDERED that this case be remanded to the Social Security Administration for further administrative proceedings. Upon remand, the Appeals Council will remand this case to an Administrative Law Judge ("ALJ") for a supplemental hearing and a new decision. The ALJ will be instructed to reevaluate the medical opinion evidence; reassess Plaintiff's subjective symptom description; and reassess Plaintiff's residual functional capacity, and if necessary, obtain medical and/or vocational expert evidence. The ALJ will take any further steps necessary to complete the record, and will issue a new decision.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991). The Clerk

of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    SO ORDERED this 8th day of March, 2021.

                                              /s/ Lance E. Walker
                                   UNITED STATES DISTRICT JUDGE